# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

UNITED STATES OF AMERICA,

v.

DANNY YEP,

**CR 07 0481 JSW**

DEFENDANT.

## INDICTMENT

16 U.S.C. §§ 3372(a)(1), (a)(2)(A), and (a)(4);
16 U.S.C. § 3373(d)(1)(B) -
Commercial Activity in Illegally Taken Fish

A true bill.

_____ Foreman

Filed in open court this 24th day of July 2007

_____ Clerk

Bail, $ No Bail Arrest Warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
    ☐ SUPERSEDING

---- OFFENSE CHARGED ----

16 U.S.C. SEC. 3372(A)(1) & (A)(4); 16 U.S.C. SEC. 3373(D)(1)(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 YEARS IMPRISONMENT, $20,000 FINE, $100 SPECIAL ASSESSMENT, 3 YEARS SUPERVISED RELEASE

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ DANNY YEP

DISTRICT COURT NUMBER
CR 07 0481

JSW

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
U.S. FISH AND WILDLIFE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   STACEY GEIS

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: 0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 07 0481 |
| Plaintiff, | VIOLATIONS: |
| v. | 16 U.S.C. §§ 3372(a)(1), & (a)(4); 16 U.S.C. § 3373(d)(1)(B) – Commercial Activity in Illegally Taken Fish |
| DANNY YEP, | SAN FRANCISCO VENUE |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

On or about July 1, 2004, in the Northern District of California and elsewhere, the defendant,

DANNY YEP,

did knowingly engage in conduct that involved the sale of, the offer of sale of, and the intent to sell, fish with a market value in excess of $350.00, to wit: one (1) Asian Arowana fish (Scleropages formosus), and did knowingly sell and attempt to sell said fish, knowing that said fish had been possessed and transported in violation of, and in a manner unlawful under, the laws and regulations of the United States, specifically, the

INDICTMENT (YEP)




Endangered Species Act, Title 16, United States Code Sections 1538(a)(1)(A) & (c)(1),

1. Endangered Species Act, Title 16, United States Code Sections 1538(a)(1)(A) & (c)(1),
2. and regulations promulgated thereunder, specifically, 50 Code of Federal Regulations
3. Part 17.
4. All in violation of Title 16, United States Code, Sections 3372(a)(1), 3372(a)(4), and
5. 3373(d)(1)(B).

DATED: July 24, 2007                         A TRUE BILL.

                                             /s/
                                             FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

/s/
W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: /s/ )
                        AUSA GEIS

INDICTMENT (YEP)                    2