1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

4

5 | STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7 | Telephone: (415) 436-7126

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

CR 07 0481

| THE UNITED STATES OF AMERICA, ) | MOTION TO SEAL and (PROPOSED) SEALING ORDER |
|---|---|
| Plaintiff, ) | |
| v. ) | |
| DANNY YEP, ) | |
| Defendant. ) | |

The government respectfully requests that the Indictment in the above-referenced matter, any accompanying documents, and the (proposed) Order be sealed until further Order of the Court. The government submits that the public filing of these documents might seriously compromise this investigation by alerting the defendant of the government's investigation and the arrest warrant that will issue with the Indictment. Due to logistics, the government will be unable to arrest the defendant for several weeks. Discovery of the Indictment could cause the defendant to flee prior to their arrest.

SEALING ORDER

DATED: July 23, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
STACEY P. GEIS
Assistant United States Attorney

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Government's Indictment in the above-referenced matter, any accompanying documents, and this Sealing Order itself are to be sealed by the Clerk of the Court until further order of this Court.

Dated: 7-24-07

_____
United States Magistrate Judge

SEALING ORDER