1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4
5  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
6  
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7126

8  Attorneys for Plaintiff

FILED
JUL 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY YEP,<br><br>Defendant. | No. CR 07- 0481 JSW<br><br>MOTION TO MODIFY SEALING ORDER and (PROPOSED) SEALING ORDER |

On July 24, 2007, a grand jury returned an indictment against defendant Danny Yep. To ensure the investigation was not compromised, the government requested and received an order from the Court sealing the Indictment and all accompanying documents. The Court issued a no bail arrest warrant. The government respectfully requests that the Court modify its sealing order to allow a copy of the arrest warrant be provided to the United States Attorney's Office so that the United States Fish & Wildlife Special Agent assigned the case can receive a copy of the arrest warrant and arrest the defendant.

MODIFICATION TO SEALING ORDER

1
2 | DATED: July 25, 2007                              Respectfully submitted,
3 |                                                   SCOTT N. SCHOOLS
4 |                                                   United States Attorney
5
6 |                                                   _____
  |                                                   STACEY P. GEIS
7 |                                                   Assistant United States Attorney
8
9        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a copy of the arrest
10  warrant in the above-referenced matter be provided to the Government, specifically, the United
11  States Attorney's Office for the Northern District of California and/or United States Fish &
12  Wildlife Special Agent Sean Mann, in order to facilitate the arrest of the defendant. Aside from
13  this one modification, the Government's Indictment in the above-referenced matter, any
14  accompanying documents, and this Sealing Order itself are to be sealed by the Clerk of the Court
15  until further order of this Court.
16
17
18  Dated: 7-21-07                                    _____
19                                                    United States Magistrate Judge
20
21
22
23
24
25
26
27
28

MODIFICATION TO SEALING ORDER