| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 10 M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/FTR<br>FTR 10:25 to 10:35 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>August 30, 2007 | NEW CASE<br>☐ | CASE NUMBER<br>CR07-481 JSW |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Danny Yep | AGE<br>26 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Adam Reeves for Stacey Geis | INTERPRETER | | ☒ | FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT<br>OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB REVOC | ☐ | ATTY APPT HEARING |

FILED
AUG 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |

| ARRAIGNMENT | | | | | |
|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☒ | ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ INDICTMENT FILED |

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 75 P/R | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: forthwith |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO:<br>09/06/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ | STATUS / TRIAL SET |
| AT:<br>2:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>Judge White | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Gov't Oral Motion to Unseal Entire Case - Granted. Dft to be processed by USM.

KLH, JCS, JO

DOCUMENT NUMBER: 4