**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date: September 6, 2007

Case No. CR-07-481   JSW                Judge: Jeffrey S. White

United States of America   v.   Daniel Yep
        Defendant
        Present ( X ) Not Present ( ) In-Custody ( )

| Tina Hua | Jodi Linker |
|---|---|
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Debra Pas

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Discovery has not yet been provided. Government counsel anticipates turn-over of the discovery to be early next week.

Case Continued to 10-11-07 at 2:30 p.m. for Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**