SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7126
   Facsimile: (415) 436-7234
   Email: stacey.geis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00481 JSW |
|    Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| DANNY YEP, aka Yiwen Yep, | |
|    Defendant. | |

    With the agreement of the parties in open court on September 6, 2007 and with the consent of the defendant Danny Yep ("defendant"), the Court ordered the next hearing in front of this Court to be held on October 11, 2007 at 2:30 p.m., and that time would be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from September 6, 2007 to October 11, 2007. Unfortunately, defense counsel is unavailable on October 11, 2007; therefore, the parties jointly request that the case be continued until October 25, 2007 and that an exclusion of time until then be granted. Given the amount of time until the next appearance, the parties agree to use this time to make continued progress on the case; specifically, defense counsel will review the discovery that she just received and

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]

1  determine whether there are any applicable motions in light of the discovery.

2  The parties agree, and the Court finds and holds, as follows:

3  1.  The Court finds that, taking into account the public interest in the prompt

4  disposition of criminal cases, granting the continuance until October 25, 2007 is

5  necessary for effective preparation of counsel and for continuity of counsel.  See 18

6  U.S.C. § 3161(h)(8)(B)(iv).  Defense counsel has just received discovery and needs

7  adequate time to review the discovery as it relates to the underlying charges.  Given these

8  circumstances, the Court finds that the ends of justice served by excluding the period

9  from September 6, 2007 to October 25, 2007, outweigh the best interest of the public and

10 the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

11 2.  Accordingly, and with the consent of the defendant, the Court orders that 1) the

12 next appearance in front of this Court will be October 25, 2007 at 2:30 p.m., and 2)  the

13 period from September 6, 2007 to October 25, 2007 be excluded from Speedy Trial Act

14 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15

16 IT IS SO STIPULATED.

17
DATED: September 18, 2007              /S/ Jodi Linker
18                                      Jodi Linker
                                        Attorney for Danny Yep
19

20 DATED: September 18, 2007              /S/ Stacey P. Geis
                                        Stacey P. Geis
21                                      Assistant U.S. Attorney

22
IT IS SO ORDERED.
23

24
DATED:_____         _____
25                                      The Honorable Jeffrey S. White
                                        United States District Judge
26

27

28

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]         -2-