```
1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4   STACEY P. GEIS (CSBN 181444)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7126
7       Facsimile: (415) 436-7234
        Email: stacey.geis@usdoj.gov
8
    Attorneys for Plaintiff
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00481 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| DANNY YEP, aka Yiwen Yep, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on September 6, 2007 and with the consent of the defendant Danny Yep ("defendant"), the Court ordered the next hearing in front of this Court to be held on October 11, 2007 at 2:30 p.m., and that time would be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from September 6, 2007 to October 11, 2007. Unfortunately, defense counsel is unavailable on October 11, 2007; therefore, the parties jointly request that the case be continued until October 25, 2007 and that an exclusion of time until then be granted. Given the amount of time until the next appearance, the parties agree to use this time to make continued progress on the case; specifically, defense counsel will review the discovery that she just received and

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]

1 | determine whether there are any applicable motions in light of the discovery.

2 | The parties agree, and the Court finds and holds, as follows:

3 | 1. The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance until October 25, 2007 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Defense counsel has just received discovery and needs adequate time to review the discovery as it relates to the underlying charges. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 6, 2007 to October 25, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) the next appearance in front of this Court will be October 25, 2007 at 2:30 p.m., and 2) the period from September 6, 2007 to October 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 18, 2007        /S/ Jodi Linker
                                 Jodi Linker
                                 Attorney for Danny Yep

DATED: September 18, 2007        /S/ Stacey P. Geis
                                 Stacey P. Geis
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: October 9, 2007           _____
                                 The Honorable Jeffrey S. White
                                 United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]        -2-