UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: October 25, 2007

Case No.  CR-07-481   JSW             Judge:  Jeffrey S. White

United States of America   v.   Daniel Yep
                                      Defendant
                                      Present ( X ) Not Present ( ) In-Custody ( )

    Allison Danner for Stacey Geis        Jodi Linker
    U.S. Attorney                              Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Sylvia Russo

## PROCEEDINGS

REASON FOR HEARING: Trial Setting

RESULT OF HEARING:    Discovery has been provided to defense counsel.

Case Continued to 11-8-07 at 2:30 p.m. for Change of Plea

*Defense counsel shall inform this court if the change of plea is not going forward.*
*Once advised, the Court will vacate the 11-8-07 date.*

Case Continued to 12-13-07 at 2:30 p.m. for Motions
(Motion Due: 11-8-07, Opp Due: 11-29-07, Reply Due: 12-6-07)

TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161