```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00481 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] |
|   | ) ORDER VACATING STATUS |
| DANNY YEP, | ) CONFERENCE FOR NOVEMBER 8, 2007 |
| aka Yiwen Yep, | ) AND CHANGING DECEMBER 13, 2007 |
|   | ) HEARING TO A CHANGE OF PLEA |
| Defendant. | ) HEARING |

With the agreement of the parties, and with the consent of the defendant Danny Yep ("defendant"), the parties request the Court to vacate the current status hearing scheduled for Thursday, November 8, 2007 at 2:30 p.m., and change the December 13, 2007 hearing date to a change of plea hearing instead of a hearing on a motion to dismiss. After several discussions, the parties are close to resolving this case, and fully anticipate a change of plea being entered on December 13, 2007. As such, the defendant will not be filing a motion to dismiss.

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]

1 | Accordingly, the parties agree, and the Court finds and holds, as follows:

2 |    1.  With the consent of the defendant, the Court orders that 1) the next appearance in
3 | front of this Court will be December 13, 2007 at 2:30 p.m. for a change of plea hearing;
4 | and 2) the November 8, 2007 hearing is hereby vacated.

6 | IT IS SO STIPULATED.

7 |
8 | DATED: November 7, 2007      /S/ Jodi Linker
   | Jodi Linker
   | Attorney for Danny Yep

10 | DATED: November 7, 2007     /S/ Stacey P. Geis
    | Stacey P. Geis
11 | Assistant U.S. Attorney

12 | IT IS SO ORDERED.

14 | DATED:_____   _____
15 | The Honorable Jeffrey S. White
    | United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]   -2-