SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00481 JSW |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE FOR NOVEMBER 8, 2007 AND CHANGING DECEMBER 13, 2007 HEARING TO A CHANGE OF PLEA HEARING |
| DANNY YEP, ) aka Yiwen Yep, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant Danny Yep ("defendant"), the parties request the Court to vacate the current status hearing scheduled for Thursday, November 8, 2007 at 2:30 p.m., and change the December 13, 2007 hearing date to a change of plea hearing instead of a hearing on a motion to dismiss. After several discussions, the parties are close to resolving this case, and fully anticipate a change of plea being entered on December 13, 2007. As such, the defendant will not be filing a motion to dismiss.

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00481 JSW]]

1     Accordingly, the parties agree, and the Court finds and holds, as follows:

2     1. With the consent of the defendant, the Court orders that 1) the next appearance in front of this Court will be December 13, 2007 at 2:30 p.m. for a change of plea hearing; and 2) the November 8, 2007 hearing is hereby vacated.

IT IS SO STIPULATED.

DATED: November 7, 2007          /S/ Jodi Linker
                                       Jodi Linker
                                       Attorney for Danny Yep

DATED: November 7, 2007          /S/ Stacey P. Geis
                                       Stacey P. Geis
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: November 8, 2007         _____
                                       The Honorable Jeffrey S. White
                                       United States District Judge