# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: December 13, 2007

Case No. CR-07-481 JSW        Judge: Jeffrey S. White

United States of America  v.  Daniel Yep
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )



Stacey Geis                           Jodi Linker
U.S. Attorney                         Defense Counsel

Deputy Clerk: Jennifer Ottolini       Court Reporter: Debra Pas

### PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING:    The Defendant is sworn.
                      The Court voir dired the Defendant re: Change of Plea
                      The Defendant pled guilty to Count 1 of the Indictment in violation of 16 USC § 3372(a)(1) & 3373(d)(1)(B), illegally taking fish in violation of the Lacey Act.

                      The Court accepted the plea of guilty.
                      The Plea Agreement is ordered filed.
                      The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

                      The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

                      The Defendant remains on pretrial release.

Case Continued to 3-20-08 at 2:30 p.m. for Judgment and Sentencing