UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER



Date: March 20, 2008

Case No.  CR-07-481  JSW          Judge:  Jeffrey S. White

United States of America  v.  Daniel Yep
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( )

Alison Danner                           Jodi Linker
U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Connie Kuhl
                                        USPO: E. Ann Searles

## PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:** The Court accepted the plea agreement and the defendant is sentenced as follows: The Defendant is committed to the Bureau of Prisons for a term of two months, followed by 3 years of supervised release. Obey all laws and the standard conditions of release and the following additional conditions:
1) The defendant shall pay any restitution, fine and special assessment that is imposed by this judgment, (and that remains unpaid at the commencement of the term of supervised release);
2) The defendant shall provide the probation officer access to any requested financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns;
3) The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall abide by all the requirements of the program for a period of 4 months as directed by the probation officer.
4) The defendant shall submit to search and seizure;
5)  The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
6)  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Pay $100 special assessment which shall be due immediately.
Pay $2000 fine, which shall be due immediately.
Pay $1000 restitution to the US Dept of the Interior, Fish and Wildlife Service, Division of Law Enforcement, which shall be due immediately.