03/24/2008 02:33 PM EST                                                                    Version 7.0.1

San Francisco

### Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000481 | | US V YEP | | | | | | | |
| 001 | DANNY YEP | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611017212 | 1 | PR | 100.00 | 03/20/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT
          PAID IN FULL

on 3/20/08

CR 07-481 JSW

**FILED**
APR 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1