03/26/2008 05:36 PM EST    Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000481 | US V YEP | | | | | | |
| 001 | DANNY YEP | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611017212 | 1 | PR | 100.00 | 03/20/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

Page 1 of 1

**FILED**
APR 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$100.00 SPECIAL ASSESSMENT PAID IN FULL  CM 3-20-08

CR 07-481 JSW